UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No: 3:13-CV-548

KARE PARTNERS, LLC and
KARE PARTNERS BILLING
OPERATIONS, LLC,

             Plaintiffs,

v.

AKHIL BHARGAVA, MANJARI
BHARGAVA, RAJNISH RAMETRA,
SURINDER RAMETRA, VIJAY
RAMETRA, and AMARDEEP SINGH
SIDHU,

             Defendants.

**ORDER TO REMAND CASE
TO STATE COURT**

Upon consideration of the Motion to Remand Case to State Court filed by Defendants Rajnish Rametra, Surinder Rametra, and Vijay Rametra, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** and that this case be remanded to the Superior Court of North Carolina for Mecklenburg County for adjudication.

**SO ORDERED.**

Signed: November 1, 2013

Graham C. Mullen
United States District Judge